STATE of Missouri, Respondent,

v.

Cletus BLACKWELL, Appellant.

No. 67769.

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 25, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1996.

Application to Transfer Denied
Sept. 17, 1996.

David E. Woods, O'Fallon, David D. Dalton, Wentzville, for appellant.

Joseph A. Brannon, Bowling Green, for respondent.

Before REINHARD, P.J., and AHRENS and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Defendant, Cletus Blackwell, appeals the judgment upon his conviction by a jury of careless and imprudent driving, a class A misdemeanor, in violation of § 304.010.1 RSMo 1994. He was sentenced to 45 days imprisonment and a $500 fine. We affirm.

We have reviewed the briefs and the record on appeal and find the claims of error are without merit. An opinion reciting the facts and principles of law would have no prece-

dential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).